UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                        Criminal No. 09-cr-93-02-JL

Annmarie Clement

O R D E R

The assented to motion to reschedule jury trial (document no. 38 ) filed by the government is granted. No further continuances without a hearing. Final Pretrial is rescheduled to February 19, 2010 at 3:00pm; Trial is continued to the two-week period beginning March 2, 2010, 9:30am.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: January 25, 2009

cc: Ken Perkes, AUSA
    Mark L. Sisti, Esq.
    U.S. Marshal
    U.S. Probation