```
            UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

   v.        Criminal No. 09-cr-93-02-JL

<u>Annmarie Clement</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 44) filed by defendant is granted without the previously required hearing because of the involvement of new counsel.  Continuance is limited to 60 days.  Final Pretrial is rescheduled to April 21, 2010 at 11 AM; Trial is continued to the two-week period beginning May 4, 2010, 9:30 AM.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

*/s/ Joe Laplante*

_____
Joseph N. Laplante
United States District Judge

Date:  February 19, 2010

cc: Mark Sisti, Esq.
   Kenneth Perkes, Esq.
   U.S. Marshal
   U.S. Probation