UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                    Criminal No. 09-cr-93-02-JL

<u>Annmarie Clement</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 47 ) filed by defendant is granted; Final Pretrial is rescheduled to July 22, 2010 at 09:30; Trial is continued to the two-week period beginning August 3, 2010, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  April 30, 2010

cc:  Mark L. Sisti, Esq.
     Kenneth L. Perkes, Esq.
     U.S. Marshal
     U.S. Probation