UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                           Criminal No. 09-cr-93-02-JL

<u>Annmarie Clement</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 51 ) filed by defendant is granted.  Final Pretrial is rescheduled to Friday September 24, 2010 at 3:30pm; Trial is continued to the two-week period beginning October 5, 2010, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                _____
                                                Joseph N. Laplante
                                                United States District Judge

Date:  July 22, 2010

cc:  Mark L. Sisti, Esq.
     Kenneth L. Perkes, AUSA
     U.S. Marshal
     U.S. Probation