UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 09-cr-93-02-JL

<u>Annmarie Clement</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 55 ) filed by defendant is granted; Final Pretrial is rescheduled to November 19, 2010 at 10:00am; Trial is continued to the two-week period beginning December 1, 2010, 09:30. No further continuances will be granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              /s/ Joe Laplante
                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Date:  September 28, 2010

cc:   Mark L. Sisti, Esq.
      Ken Perkes, AUSA
      U.S. Marshal
      U.S. Probation