```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                            Criminal No. 09-cr-93-02-JL

<u>Annmarie Clement</u>

### O R D E R

The assented to motion to reschedule jury trial (document no. 62 ) filed by defendant is granted; Final Pretrial is rescheduled to 1/21/11 at 10:30; Trial is continued to the two-week period beginning 2/1/11, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  November 30, 2010


cc:   Mark L. Sisti, Esq.
      Robert J. Veiga, Esq.
      U.S. Marshal
      U.S. Probation