**U.S. DISTR___ _____**
**DISTRICT OF NEW HAMPSHIRE**

**JUN 23 2011**

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW HAMPSHIRE

**FILED**

United States of America

   v.

*Clement*

Crim. No. *09-CR-93-02-JL*

## ORDER ON VIOLATION OF CONDITIONS

The defendant appeared before me on this date at a LASER Review Hearing. During the course of the hearing, the court determined that the defendant has violated the terms of the LASER Agreement/Order on Conditions of Release. As a result, the court enters the following order: *report to Strafford County HOC at 9:00 am, June 25, 2011, and*

__X__ The defendant shall be detained until *5:00 pm, June 27, 2011*
At the conclusion of incarceration, defendant shall be:

    ____ Brought before the undersigned judge.

    __X__ Released on ___*June 27*___ at __*5*__ ~~am~~/(pm)
                    [Date]          [Time]

____ The defendant shall reside in Hampshire House for a period of _____ days/months to commence on _____, and shall observe the rules of that facility.

____ The defendant shall be placed on home detention for _____ days/months, to commence on _____. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Office. The defendant shall pay for the cost of electronic monitoring to the extent he is able as determined by the probation officer.

The defendant shall be subject to the following
additional or modified conditions:
- Intensive outpatient Program
- Tour N.H. State Prison for Warren
- Attend 3 criminal sentencing chosen by USPO ch or
before August 5, 2011.

Prior conditions of release not inconsistent with this order
shall remain in full force and effect.

SO ORDERED.

Date:  6-22-11

Joseph N. Laplante
United States District Judge