U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUL 13 2011

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Clement

Crim. No. 09-CR-93-02-JL

### ORDER ON VIOLATION OF CONDITIONS

The defendant appeared before me on this date at a LASER Review Hearing. During the course of the hearing, the court determined that the defendant has violated the terms of the LASER Agreement/Order on Conditions of Release. As a result, the court enters the following order:

*The defendant is discharged from the LASER docket.*

___ The defendant shall be detained until _____.
At the conclusion of incarceration, defendant shall be:

   ___ Brought before the undersigned judge.

   ___ Released on _____ at _____ am/pm.
              [Date]              [Time]

___ The defendant shall reside in Hampshire House for a period of _____ days/months to commence on _____, and shall observe the rules of that facility.

___ The defendant shall be placed on home detention for _____ days/months, to commence on _____. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Office. The defendant shall pay for the cost of electronic monitoring to the extent he is able as determined by the probation officer.

___   The defendant shall be subject to the following
      additional or modified conditions:

_____
_____
_____
_____

Prior conditions of release not inconsistent with this order shall remain in full force and effect.

Date: 7/13/11

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

(*) Relapsed - intentionally used oxycodone two times.
Did not fulfill community service obligation
Did not complete homework,
Lied about completion of LASER homework.
Failed to cooperate with sponsor, prompting sponsor to terminate relationship.

USDCNH-7 (5-10)