**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

United States of America

    v.                                             Criminal No. 09-cr-93-02-JL

Annmarie Clement

**O R D E R**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.

Since being afforded bail defendant has violated her bail as evidenced by drug tests on January 10, 2010, June 6, 2011, June 13, 2011, July 11, 2011 (admitted oxycodone use on use on July 6 and 10, 2011), July 12 and 13, 2011, August 1, 2011 and August 8 and 10 (morphine).  She has 40 unaccounted for prescription oxycodone.  Her parental custody has not been effective. Given the number of failed opportunities to comply with conditions I find that the defendant is unlikely to abide by any condition or combination of conditions.  The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney

General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: 8/18/2011

cc: Robert Veiga, AUSA
    Jennifer Davis, AUSA
    Mark Sisti, Esq.
    U.S. Marshal
    U.S. Probation